| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | MARC C. AMENT, Bar #59080<br>Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |

**FILED**

JUL 10 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

UNITED STATES OF AMERICA, )
                          )
         Plaintiff,       )   **APPLICATION AND ORDER**
                          )   **APPOINTING COUNSEL**
    v.                    )
                          )   1:08 CR-00152
XANG HER,                 )
                          )
         Defendant.       )
_____)

The defendant, Xang Her, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender as counsel.

The defendant submits the attached financial affidavit as evidence of his inability to obtain counsel. Also included is a copy of a letter provided by the U.S. Attorney's Office indicating that Mr. Her is under investigation by the U.S. Secret Service, for allegedly engaging in, among other offenses, Theft of Government Money, in violation of 18 U.S.C. § 641.

Dated: April 14, 2008

_____
MARC C. AMENT
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: April 18, 2008

DENNIS L. BECK
United States Magistrate Judge