| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | XANG HER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08-cr-00152 DLB |
|---|---|
| Plaintiff, | ) WAIVER OF DEFENDANT'S PERSONAL |
| | ) PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. | ) ORDER THEREON |
| XANG HER, | ) |
| Defendant. | ) |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Xang Her, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship. Defendant is handicapped and requires the use of a wheelchair. Defendant wishes to limit the number of personal court appearances and

minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: 7/14/08

/s/ Xang Her
XANG HER

DATED: 7/11/08

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant

# O R D E R

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **July 21, 2008**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Waiver of Defendant's Personal Presence;
Order Thereon                    −2−